Celia Reilly, as Administratrix of the Estate of David Reilly, Deceased, Appellant, *v.* Troy Brick Company, Respondent.

*Reilly* v. *Troy Brick Co.*, 130 App. Div. 893, affirmed.
(Argued February 15, 1910; decided March 1, 1910.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered Feb-

ruary 4, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the negligence of defendant, his employer.

*George B. Wellington* for appellant.

*Lewis E. Griffith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT and HISCOCK, JJ. Dissenting: CULLEN, Ch. J., VANN and WERNER, JJ.